COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Ex Parte Donald Wayne Herod

Appellate case number:      01-15-00494-CR

Trial court case number:    0677275

Trial court:                County Criminal Court at Law No. 2 of Harris County

On June 30, 2015, the trial clerk filed a supplemental clerk's record with the amended trial court's certification of the right of appeal of the April 21, 2015 denial of the habeas application, filed by the *pro se* appellant, Donald Wayne Herod. On August 27, 2015, this Court had abated this appeal and requested a second supplemental clerk's record be filed with findings of fact and conclusions of law regarding the habeas denial and to address appellant's July 10, 2015 motion for appointment of counsel. On October 13, 2015, appellant filed a second *pro se* motion for appointment of appellate counsel.

On December 11, 2015, a compliant second supplemental clerk's record with the trial court's findings, conclusions, and order, signed on December 8, 2015, was filed. The trial court, among other things, found that appellant's habeas application did not meet the requirements under Articles 11.072 or 11.073, and that the appointment of counsel was not required in the interest of justice. *See* TEX. CODE CRIM. PROC. ANN. art. 1.051(d)(3), 11.072, § 7(a), 11.073(a) (West Supp. 2014).

Accordingly, we **REINSTATE** this case on this Court's active docket and **DENY** appellant's July 10, 2015 and October 13, 2015 motions for counsel. Because appellant filed a *pro se* brief on June 17, 2015, his supplemental brief, if any, is **ORDERED** to be filed no later than **20 days** from the date of this order. *See* TEX. R. APP. P. 2, 31.1. The State's appellee's brief, if any, is **ORDERED** to be filed no later than **20 days** from the filing of the supplemental brief. If the supplemental or appellee's briefs are not timely filed, this Court will set the appeal for submission without further briefs. *See id.* 31.1.

It is so **ORDERED**.

Judge's signature: /s/ <u>Laura C. Higley</u>
                    ☒ Acting individually    ☐ Acting for the Court
Date:  December 15, 2015